UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

CALIFORNIA CHECK CASHING STORES II, INC.; and DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-06-01854 WBS KJM

SCOTT N. JOHNSON,

        Plaintiff,

   v.

CALIFORNIA CHECK CASHING STORES II, INC.; and DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-06-01856 MCE-KJM

RELATED CASE ORDER

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  Both actions involve the same parties and arise out of events which are substantially the same.  Accordingly, the assignment of the matters to the same judge is

1 likely to effect a substantial savings of judicial effort and is
2 also likely to be convenient for the parties.  The parties should
3 be aware that relating the cases under Local Rule 83-123 merely
4 has the result that these actions are assigned to the same judge
5 and the same magistrate judge; no consolidation of the actions is
6 effected.

7    IT IS THEREFORE ORDERED that the actions denominated
8 Civ. S-06-01854, Scott N. Johnson v. California Check Cashing
9 stores II, Inc., WBS-KJM and Civ. S-06-01856, Scott N. Johnson v.
10 California Check Cashing Stores II, Inc. MCE-KJM, should be, and
11 the same hereby are, deemed related and Civ. S-06-01856 is
12 reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge
13 Kimberly J. Mueller for all further proceedings.  Henceforth the
14 captions on all documents filed in the reassigned case shall be
15 shown as Civ. S-06-01856 WBS-KJM and any dates currently set in
16 the reassigned case only are hereby VACATED.

17    IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustments in the assignment of civil cases to
19 compensate for this reassignment.

20    IT IS SO ORDERED.
21 DATED:  October 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE